No. 72–5337.   Nix *v.* United States.   C. A. 5th Cir. Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 71–6589.   Slade *v.* Valley National Bank, Glendale.   App. Dept., Super. Ct. Cal., County of Los Angeles.   Motion for leave to dispense with printing *amicus curiae* brief by National Legal Aid & Defender Assn. granted.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–41.   Washington Parish School Board et al. *v.* Moses et al.   C. A. 5th Cir.   Motion for leave to dispense with printing respondents' brief granted. Certiorari denied.